UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 7 |
| Christopher Allen Duke | : | CASE NO. 20-10316-WHD |
| | : | JUDGE W. HOMER DRAKE, JR. |
| Debtor(s) | : | |
| | : | |

| | |
|---|---|
| THEO D. MANN, TRUSTEE | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| Christopher Allen Duke | : |
| and | : |
| | : |
| Truist Bank, successor by merger to SunTrust Bank, and Meriwether County Tax Commissioner | : |
| Respondents | : |

**MOTION TO SELL PROPERTY OF THE ESTATE
FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES**

Comes now Theo D. Mann, Chapter 7 Trustee of the above-referenced Debtor(s)' bankruptcy estate ("Trustee"), and files this "Motion to Sell Property of the Estate Free and Clear of Liens, Claims, and Encumbrances," showing the Court the following:

1.

In accordance with 11 U.S.C. §541(a), the Debtor(s)' bankruptcy estate includes all of the Debtor(s)' legal and equitable interest in certain real property located at 2328 JUDSON BULLOCH RD MANCHESTER, GA 31816 (the "Property"). The Debtor scheduled the Property as having a value of $149,280.00 subject to a mortgage in favor of Truist Bank,

successor by merger to Suntrust Bank (the "Secured Creditor(s)") in the amount owed on the Petition Date of approximately $154,250.00.

2.

Michael Coles desires to purchase and Trustee desires to sell the estate's interest in the above-described real property pursuant to a Purchase and Sale Agreement with a binding agreement date of July 30, 2020, which has been negotiated by the realtor and BK Global. The total purchase price for said real property is $146,500.00. The sale is to be free and clear of all liens, claims, and encumbrances.

3.

The following creditors hold a lien on the real property of the estate:

(a) Truist Bank, which holds a valid first mortgage on the property of approximately $154,250.00, according to the Debtor's schedules.

(b) Any prior year's ad valorem taxes including any penalty and interest which may accrue; and

(c) Pro-rata ad valorem taxes.

4.

The real property shall be sold free and clear of any interest or lien of the above-named creditors or any interest, claim, lien or encumbrance of any other creditor of Debtor(s). The Trustee requests that any creditor (other than the Secured Creditor) asserting an interest or secured claim against the Property be required to assert no later than 5 days prior to the hearing on the instant Motion, and substantiate the basis for such asserted interest or secured claim, or the Court will authorize the sale of the Property free and clear of any such asserted interest or security interest, with such claims, at best, being treated as a general unsecured claim. Pursuant to Section 363(f) of the Bankruptcy Code, the Trustee may sell property free and clear of any

interest in such property in an entity other than the estate if (1) permitted under applicable non-bankruptcy law; (2) the party asserting such interest consents; (3) the interest is a lien and the purchase price at which the property is to be sold is greater than the aggregate value of all liens on the property; (4) the interest is the subject of a bona fide dispute; or (5) the party asserting the interest could be compelled, in a legal or equitable proceeding, to accept a money satisfaction for such interest. *See In re Smart World Techs.*, LLC, 423 F.3d 166, 169 n.3 (2d Cir. 2005) ("Section 363 permits sales of assets free and clear of claims and interests . . . It thus allows purchasers . . . to acquire assets [from a debtor] without any accompanying liabilities."); *see also In re MMH Auto. Group, LLC*, 385 B.R. 347, 367 (Bankr. S.D. Fla. 2008). The Trustee states that he shall satisfy Section 363(f)(2) of the Bankruptcy Code because the Secured Creditor consents to a sale of the property under Section 363(f)(2) of the Bankruptcy Code, free and clear of all liens, claims, encumbrances, and interests.

5.

The contract for sale of this property was procured through the efforts of Coldwell Banker Spinks Brown Durand Realtors (selling broker) and Keller Williams Realty who was retained as listing broker by the Trustee as approved by this Court (Dkt. No. 32), as well as BK Global, whose employment as approved by this Court (Dkt. No. 33). Through the efforts of BK Global, Truist Bank has agreed to a 11 U.S.C. Section 506 surcharge to pay all of the expenses associated with the proposed sale, including the payment of a 6% real estate brokerage commission to BK Global and the listing and selling agents and reimbursement of their out of pocket expenses and provide a carve out for the benefit of allowed unsecured creditors of the Debtor's estate.

6.

From the proceeds of sale, the Trustee should be authorized to pay the agreed payment on the first mortgage to Truist Bank and normal closing costs ordinarily paid for by sellers of

real property, including real estate commission, pro rata State and County taxes, together with any past due taxes or assessments regarding this property. The Trustee, through the services of BK Global and Listing Agent, have listed the property and accepted the above described offer that has been approved by the Secured Creditor and will result in a carve-out for the Bankruptcy Estate of $7,325.00. Attached as Exhibits "A" and "B" respectively are the estimated settlement statement and letter(s) of consent/approval from the Secured Creditor(s). The Secured Creditor agrees to pay at closing (1) all outstanding real estate taxes, including any prorated amounts due for the current tax year; (2) if applicable, the lesser of any HOA fees accrued post-petition or the equivalent to twelve months' assessments and (3) all closing costs excluding professional fees but including State of Georgia Transfer for the entire closing price; and (4) the carve out to the Trustee. Any payments by the Secured Creditor as stated herein shall be subject to any and all limitations on the Secured Creditor's liability for any fees and costs under applicable law.

7.

The sale described herein is in the best interest of the estate and creditors. Accordingly, the Trustee submits that the sale of the Property pursuant to the above process is reasonable under Section 363(b) of the Bankruptcy Code and requests that the Court approve the sale.

8.

In order to expedite the closing of the sale the Trustee respectfully requests that the Court waive the stay requirement of Rule 6004(h) and that the order permit the closing of said sale immediately.

WHEREFORE, Trustee prays that this Court enter an order approving the sale of the real property for the purchase price of $146,500.00 and that this Court grant such other and further relief as is just and proper.

Dated: January 11, 2021.

                              Respectfully submitted,

                              MANN & WOOLDRIDGE, P.C,

                              By: /s/ *Theo D. Mann*
                                  Theo D. Mann
                                  Attorney for Trustee
P. O. Box 310                      State Bar No. 469150
Newnan, GA  30264-0310
(770) 253-2222
tmann@mwklaw.org

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | : |
| | : |
| | : CHAPTER 7 |
| Christopher Allen Duke | : CASE NO. 20-10316-WHD |
| | : JUDGE W. HOMER DRAKE, JR. |
| Debtor(s) | : |
| | : |

---

| | |
|---|---|
| THEO D. MANN, TRUSTEE | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| Christopher Allen Duke | : |
| and | : |
| | : |
| Truist Bank, successor by merger to SunTrust Bank, and Meriwether County Tax Commissioner | : |
| Respondents | : |

### NOTICE OF ASSIGNMENT OF
### HEARING REGARDING SALE OF REAL PROPERTY
### FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES

THEO D. MANN is the Chapter 7 Trustee for the above-styled Debtor(s)' bankruptcy estate. In accordance with 11 U.S.C. §541(a), the Debtor(s)' bankruptcy estate includes all of the Debtor(s)' legal and equitable interest in certain real property located at 2328 JUDSON BULLOCH RD MANCHESTER, GA 31816 (the "Property"). The Debtor scheduled the Property as having a value of $149,280.00 subject to a mortgage in favor of Truist Bank, successor by merger to Suntrust Bank (the "Secured Creditor(s)") in the amount owed on the Petition Date of approximately $154,250.00. Michael Coles desires to purchase and Trustee desires to sell the estate's interest in the above-described real property pursuant to a Purchase and Sale Agreement with a binding agreement date of July 30, 2020, which has been negotiated by the realtor and BK Global. The total purchase price

for said real property is $146,500.00. The sale is to be free and clear of all liens, claims, and encumbrances.

The sale is to be free and clear of all liens, claims, and encumbrances.

The following creditors hold a lien on the real property of the estate:

(a) Truist Bank, which holds a valid first mortgage on the property of approximately $154,250.00, according to the Debtor's schedules.

(b) Any prior year's ad valorem taxes including any penalty and interest which may accrue; and

(c) Pro-rata ad valorem taxes.

The sale contemplated herein shall be free and clear of any interest or lien of the above-named creditors or any interest, claim, lien or encumbrance of any other creditor of the Debtor(s).

From the proceeds of sale, the Trustee should be authorized to pay the agreed payment on the first mortgage to Truist Bank and normal closing costs ordinarily paid for by sellers of real property, including real estate commission, pro rata State and County taxes, together with any past due taxes or assessments regarding this property. The Trustee, through the services of BK Global and Listing Agent, have listed the property and accepted the above described offer that has been approved by the Secured Creditor and will result in a carve-out for the Bankruptcy Estate of $7,325.00.

The Trustee has requested that the Court's Order waive the stay requirement of Rule 6004(g) and permit the immediate sale of the property.

Pursuant to General Order No. 24-2018, the Court may consider the motion without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at the Clerk's office, U. S. Bankruptcy Court, United States Courthouse, 18 Greenville Street, Newnan, GA 30263, and serve a copy on the Chapter 7 Trustee, Theo D. Mann, Mann & Wooldridge, P.C., P. O. Box 310, Newnan, GA 30264-0310 and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

NOTICE IS FURTHER GIVEN that any creditor or party in interest asserting a lien on the real property or on the proceeds of the sale must timely file an objection as set forth above. Failure to timely file an objection shall constitute a waiver of such objection, and in such event Trustee shall

be authorized to submit an Order to be entered by the Court approving said sale without further notice or a hearing.

In the event an objection is timely filed, a hearing thereon will be held in the Federal Building, Second Floor Courtroom, 18 Greenville Street, Newnan, Georgia at 10:00 a.m. on the 10th day of February, 2021. **Given the current public health crisis, this hearing may be telephonic only.** Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website (http:ganb.uscourts.gov/) prior to the hearing for instructions on whether to appear in person or by phone. If an objection or response is timely filed and served, the hearing will proceed as scheduled.

This 11th day of January, 2021.

PREPARED AND PRESENTED BY:

MANN & WOOLDRIDGE, P.C,

By: /s/ *Theo D. Mann*
    Theo D. Mann
    Attorney for Trustee
    State Bar No. 469150

P. O. Box 310
Newnan, GA 30264-0310
(770) 253-2222
tmann@mwklaw.org

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| | : | CHAPTER 7 |
| Christopher Allen Duke | : | CASE NO. 20-10316-WHD |
| | : | JUDGE W. Homer Drake Jr. |
| Debtor(s) | : | |
| | : | |

---

| | |
|---|---|
| THEO D. MANN, TRUSTEE | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| Christopher Allen Duke | : |
| and | : |
| | : |
| Truist Bank, successor by merger to | : |
| SunTrust Bank, and Meriwether County | |
| Tax Commissioner | |
| Respondents | : |

**CERTIFICATE OF SERVICE**

　　This is to certify that I have this date served a copy of the within and foregoing Notice of Assignment of Hearing, and Motion to Sell Property of the Estate Free and Clear of Liens, Claims, and Encumbrances, upon:

Christopher Allen Duke
100 Birnam Woods Drive
Griffin, GA  30223

Amanda A Barrett
Harmon & Gorove 1 Jefferson St
Newnan, GA  30263

Truist Bank, Successor to SunTrust Bank
c/o McCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Meriwether County Tax Commissioner
124 N. Court Square
Greenville, GA 30222

United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

And the Notice of Assignment of Hearing has been served upon all creditors and parties in interest listed on the attached matrix by placing a copy of same in the United States Mail in properly addressed envelopes with adequate postage thereon to insure delivery.

       This 11th day of January, 2021.

                                       By: /s/ *Theo D. Mann*
                                       Theo D. Mann
                                       Attorney for Trustee
MANN & WOOLDRIDGE, P.C,      State Bar No. 469150
P. O. Box 310
Newnan, GA 30264-0310
(770) 253-2222
tmann@mwklaw.org

```
Label Matrix for local noticing         BK Global Real Estate Services LLC       Bank of America
113E-3                                  1095 Broken Sound Parkway, NW            PO Box 53181
Case 20-10316-whd                       Suite 100                                Phoenix, AZ 85072-3181
Northern District of Georgia            Boca Raton, FL 33487-3503
Newnan
Mon Jan 11 10:48:42 EST 2021

Bank of America                         (p)BANK OF AMERICA                       Amanda A Barrett
PO Box 851001                           PO BOX 982238                            Harmon & Gorove
Dallas, TX 75285-1001                   EL PASO TX 79998-2238                    1 Jefferson St
                                                                                 Newnan, GA 30263-1911


Capital One                             Capital One Bank                         Christopher Allen Duke
PO Box 71083                            PO Box 30281                             100 Birnam Woods Drive
Charlotte, NC 28272-1083                Salt Lake City, UT 84130-0281            Griffin, GA 30223-6683



(p)GEORGIA DEPARTMENT OF REVENUE        Internal Revenue Service                 A. Michelle Hart Ippoliti
COMPLIANCE DIVISION                     PO Box 7346                              McCalla Raymer Leibert Pierce, LLC
ARCS BANKRUPTCY                         Philadelphia, PA 19101-7346              1544 Old Alabama Road
1800 CENTURY BLVD NE SUITE 9100                                                  Roswell, GA 30076-2102
ATLANTA GA 30345-3202


Kris Kolarich                           Lauren Duke                              Theo D. Mann
Keller Williams Realty                  18 Fern Park Lane                        Mann & Wooldridge, P.C.
181 10th St.                            Dawsonville, GA 30534-8417               28 Jackson Street
Atlanta, Ga 30309-4050                                                           PO Box 310
                                                                                 Newnan, GA 30264-0310


Theo Davis Mann                         Navy Federal                             Navy Federal
28 Jackson Street                       PO Box 3100                              PO Box 3500
P. O. Box 310                           Merrifield, VA 22119-3100                Merrifield, VA 22119-3500
Newnan, GA 30264-0310



Navy Federal                            Navy Federal Credit Union                Navy Federal Credit Union
PO Box 3700                             PO Box 3502                              PO Box 3000
Merrifield, VA 22119-3700               Merrifield, VA 22119-3502                Merrifield, VA 22119-3000



Office of the United States Trustee     John D. Schlotter                        Suntrust Bank
362 Richard Russell Building            McCalla Raymer Pierce, LLC               PO BOx 79041
75 Ted Turner Drive, SW                 1544 Old Alabama Road                    Baltimore, MD 21279-0041
Atlanta, GA 30303-3315                  Roswell, GA 30076-2102



Suntrust Bank                           United States Attorney
PO Box 85526                            Northern District of Georgia
Richmond, VA 23285-5526                 75 Ted Turner Drive SW, Suite 600
                                        Atlanta GA 30303-3309
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America  
PO Box 982238  
El Paso, TX 79998

Georgia Department of Revenue  
PO Box 105596  
Atlanta, GA 30348

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Theo Davis Mann  
28 Jackson Street  
P. O. Box 310  
Newnan, GA 30264-0310

(u)SUNTRUST BANK

(u)Truist Bank

End of Label Matrix  
Mailable recipients   25  
Bypassed recipients    3  
Total                 28