

IT IS ORDERED as set forth below:

Date: February 17, 2021

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | : |
| | : |
| | : CHAPTER 7 |
| Christopher Allen Duke, | : CASE NO. 20-10316-PMB |
| | : JUDGE Paul M. Baisier |
| Debtor. | : |
| | : CONTESTED MATTER |
| | : |

---

| | |
|---|---|
| Theo D. Mann, Trustee, | : |
| Movant, | : |
| | : |
| v. | : |
| | : |
| Christopher Allen Duke | : |
| and | : |
| | : |
| Truist Bank, successor by merger to | : |
| SunTrust Bank, and Meriwether County | |
| Tax Commissioner, | |
| Respondents. | : |

**ORDER APPROVING SALE OF PROPERTY OF THE ESTATE
FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES**

The *Trustee's Amended Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Encumbrances* filed on January 13, 2021 (Dkt. No. 40) (the "Motion") having come on regularly to be heard on the 10th day of February, 2021, at 10:10 a.m. and the U. S. Trustee's *Response to Motion to Sell Property of the Estate Free and clear of Liens, Claims, and Encumbrances* having been filed on February 3, 2021 ("Doc. No. 46) and Theo D. Mann, counsel for the Trustee and Jonathan S. Adams, counsel for the United States Trustee having appeared at the hearing, and the Court having heard the arguments of the said parties, and it appearing that sale of said property as described in said Motion is in the best interest of creditors and this estate, it is hereby

ORDERED, ADJUDGED AND DECREED that the Trustee be and he hereby is authorized to sell the real property of the Debtor at 2328 Judson Bulloch Road, Manchester, GA 31816 free and clear of all liens, claims, and encumbrances and to pay the expenses of sale from the net proceeds as set forth in said Motion, with the estate receiving a carve out from the sale, net to the estate of no less than $7,325.00 as described in said Motion, and such sale shall operate as a complete divestiture of any interest that the estate or the Debtor may have in the property; and it is further

ORDERED, ADJUDGED AND DECREED that from the gross proceeds of sale, the Trustee be and he hereby is authorized to pay the above-referenced divested liens and pro-rata State and County taxes, together with any other past due taxes or assessments regarding this property as set forth in the Motion, with the estate receiving the net carve out from the sale of $7,325.00 as set forth above; and it is further

ORDERED, ADJUDGED AND DECREED that the Trustee and the purchasers shall execute any and all documents as are necessary in order to effectuate the sale approved herein, and it is further

ORDERED, ADJUDGED AND DECREED that the stay of Rule 6004(h) is hereby waived and the Trustee may proceed with the sale immediately upon entry of this order, and it is further

ORDERED, ADJUDGED AND DECREED that the Trustee shall provide in his Trustee's Final Report for at least $3,662.50 to be paid to unsecured creditors, with the administrative expenses not exceeding $3,662.50, and it is further

ORDERED, ADJUDGED AND DECREED that the trustee will file and serve the United States Trustee with a Report of Sale within 14 days of the completion of the transaction.

**END OF DOCUMENT**

(Signatures on Next Page)

PRESENTED BY:

MANN & WOOLDRIDGE, P.C,

By: /s/ *Theo D. Mann*
       Theo D. Mann
       Attorney for Trustee
       State Bar No. 469150

P. O. Box 310
Newnan, GA 30264-0310
(770) 253-2222
tmann@mwklaw.org

PARTIES TO BE SERVED:

Theo D. Mann
Chapter 7, Trustee
P.O. Box 310
Newnan, GA 30264

Christopher Allen Duke
100 Birnam Woods Drive
Griffin, GA  30223

Amanda A Barrett
Harmon & Gorove 1 Jefferson St
Newnan, GA  30263

United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA  30303